IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 07–cr–00275–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    JUEVENAL RAMIREZ-BIRRUETA,

    Defendant.

## **MINUTE ORDER**

EDWARD W. NOTTINGHAM, Chief Judge
Kathleen L. Weckwerth, Secretary

This matter is before the court on the "Motion to Extend Motions Filing Deadline" (#309, filed January 17, 2008) by Defendant Juevenal Ramirez-Birrueta and requesting a thirty day extension of the deadline to file motions. The court does not believe that the currently-set trial date of March 17, 2008 permits the luxury of such an extension. Accordingly, it is

    ORDERED that the motion be DENIED.

Dated: January 28, 2008