**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

---

| | | | |
|---|---|---|---|
| Date: | December 18, 2009 | Probation: | Caryl Ricca |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Therese Lindblom | | |

---

Criminal Case No:  **07-cr-00275-WYD**          <u>Counsel:</u>

UNITED STATES OF AMERICA,                James R. Boma

                    Plaintiff,

v.

**2.  JUVENAL RAMIREZ-BIRRUETA**,          Ronald Gainor

                    Defendant.

---

**SENTENCING**

---

**11:10 a.m.**     Court in Session - Defendant present (in-custody)

                    **Change of Plea Hearing - Monday, September 28, 2009, at 3:30 p.m.
                    Plea of Guilty - one-count Information**

                    APPEARANCES OF COUNSEL.

                    Interpreter sworn (Spanish)

                    Court's opening remarks.

11:11 a.m.     Statement on behalf of Defendant (Mr. Gainor).

11:15 a.m.     Statement and argument on behalf of Government (Mr. Boma).

11:15 a.m.     Statement on behalf of Defendant (Mr. Gainor).

11:16 a.m.     Statement by Defendant on his own behalf (Mr. Ramirez-Birrueta).

Court makes findings.

**ORDERED:**    Government's Motion for Downward Departure Pursuant to 5K1.1 [1479], filed November 2, 2009, is **GRANTED.**

**ORDERED:**    Government's Motion for Decrease for Acceptance of Responsibility [1446], filed October 5, 2009, is **GRANTED.**

Order Granting Government's Motion for Defendant to Receive the Third Level for Acceptance of Responsibility under U.S.S.G. §3E1.1(b) is **APPROVED BY THE COURT.**

**ORDERED:**    Defendant be **imprisoned** for **TIME SERVED.**

**ORDERED:**    Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED:**    **Conditions** of **Supervised Release** are:

(X)    Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X)    Defendant shall not commit another federal, state or local crime.

(X)    Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X)    Defendant shall comply with standard conditions adopted by the Court.

(X)    Defendant shall not unlawfully possess a controlled substance.

(X)    The Court will waive the mandatory drug testing provisions of 18 U.S.C. § 3583(d) because the presentence report indicates a low risk of future substance abuse by the defendant.

(X)    The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:**    **Special Condition(s)** of **Supervised Release** are:

(X)    If the defendant is deported, he shall not re-enter the United States illegally.  If the Defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of his return.

**ORDERED:**    Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**    **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:**    Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within ten (10) days.  Defendant advised of right to appeal in forma pauperis.

**ORDERED:**    Government's Motion to Dismiss Counts One, Two, Four, and Five of the Indictment and Superseding Indictment [1445], filed October 5, 2009, is **GRANTED.**

Order Granting Dismissing Counts Motion to Dismiss Counts One, Two, Four, and Five of the Indictment and Superseding Indictment as to Defendant Juvenal Ramirez-Biruetta Only is **APPROVED BY THE COURT.**

**ORDERED:**    Defendant is **REMANDED** to the custody of the U.S. Marshal.

**11:21 a.m.**    Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   0:11**